UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
---------------------------------------------------------------------------X    07CV01569(AKH)
MIGUEL BARONA AND MARIA SUCUZHANYAY,

                            Plaintiffs,

    - against –

                                                        ANSWER

ALAN KASMAN DBA KASCO, ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A
BMS CAT, BROOKFIELD FINANCIAL PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO.,
MERRILL LYNCH & CO, INC., NOMURA HOLDING AMERICA,
INC., NOMURA SECURITIES INTERNATIONAL, INC., STRUCTURE
TONE(UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC.,
TOSCORP INC., VERIZON COMMUNICATIONS,
INC., VERIZON NEW YORK, INC, VERIZON PROPERIES, INC.,
WESTON SOLUTIONS, INC., WFP TOWER
B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER
B. CO., L.P., WFP TOWER D CO. G.P. CORP ., WFP TOWER D
HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P. CORP.,
AND WFP TOWER D. CO., L.P., ET AL
                                        Defendants.
---------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated

August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

        Yours, etc.

        FRIEDMAN, HARFENIST, LANGER & KRAUT
        Attorneys for Defendant –Envirotech
        3000 Marcus Avenue, Suite 2E1
        Lake Success, New York 11042
        (516) 775-5800

        BY: _____
                Heather L. Smar (4622)