John M. Flannery (JMF-0229)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Attorneys for Defendant BATTERY PARK CITY AUTHORITY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x  21 MC 102(AKH)
IN RE: WORLD TRADE CENTER LOWER                      :
MANHATTAN DISASTER SITE LITIGATION
------------------------------------------------------------------ x  Civil Action No.: 07CV1569
MIGUEL BARONA and MARIA SUCUZHANYAY,

                                                               :

             Plaintiff(s),                 :       **NOTICE OF BATTERY PARK
                                                                       CITY AUTHORITY's**
   -against-                                   :       **ADOPTION OF ANSWER TO
                                                                    MASTER COMPLAINT**
                                                               :
ALAN KASMAN D/B/ KASCO, ET AL.

                                                               :

             Defendant(s).                 :

                                                               :
------------------------------------------------------------------ x

PLEASE TAKE NOTICE THAT defendant, BATTERY PARK CITY AUTHORITY, as
and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off
Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt
BATTERY PARK CITY AUTHORITY's Answer to the Master Complaint dated
August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan
Disaster site Litigation*, 21 MC 102 (AKH).

WHEREFORE, BATTERY PARK CITY AUTHORITY demands judgment dismissing
the above-captioned action as against each of them, together with their costs and disbursements.

Dated: White Plains, New York
       September 25, 2007

1698850.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
  & DICKER LLP
Attorneys for Defendants
BATTERY PARK CITY AUTHORITY
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 06867.00166

By:  _____
    John M. Flannery (JMF-0229)