UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| MIGUEL BARONA AND MARIA SUCUZHANYAY, | 07-CV-01569-AKH |
| Plaintiffs, | **APPEARANCE** |
| - against - | **ELECTRONICALLY FILED** |
| ALAN KASMAN D/B/A KASCO, *et al.*, | |
| Defendants. | |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated:  New York, New York  
        October 3, 2007

DICKSTEIN SHAPIRO LLP

By:     /s/ Judith R. Cohen
        _____
        Judith R. Cohen (JC-8614)
        1177 Avenue of the Americas
        New York, New York 10036
        Phone: (212) 277-6500
        Fax: (212) 277-6501

        *Attorney for Defendant*
        MERRILL LYNCH & CO., INC.

DOCSNY-271346v01