UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------X    07CV01569(AKH)
MIGUEL BARONA AND MARIA SUCUZHANYAY,

                              Plaintiffs,

        - against –

                                                                                   ANSWER TO
                                                                               AMENDED
                                                                               COMPLAINT

120 BROADWAY CONDMINIUM (C0NDO #871),
120 BROADWAY HOLDING, LLC,
120 BROADWAY PROPERTIES, LLC,
120 BROADWAY LLC,
25 BROADWAY OFFICE PROPERTIES LLC,
715 REALTY CORP.,
ACTA REALTY CORP.,
ALAN KASMAN DBA KASCO,
AMBIENT GROUP INC.,
AMG REALTY PARTNERS, LP,
ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT,
BOARD OF MANAGERS OF THE 120 BROADWAY CONDOMINIUM
(CONDO #871),
BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM,
BROOKFIELD FINANCIAL PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC.,
CITIBANK, NA,
ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC.,
HUDSON VIEW EAST CONDOMINIUM,
HUDSON VIEW TOWERS ASSOCIATES,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
JONES LANG LASALLE AMERICAS, INC.,
JONES LANG LASALLE SERVICES INC,
KASCO RESTORATION SERVICES CO.,
MERRILL LYNCH & CO, INC., NOMURA HOLDING AMERICA,

INC., NOMURA SECURITIES INTERNATIONAL, INC.,
RY MANAGEMENT CO INC.,
RY MANAGEMENT,
SILVERSTEIN PROPERTS,
SILVERSTEIN PROPERTIES INC.,
STRUCTURE TONE(UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC.,
TOSCORP INC.,
TRINITY CENTRE LLC,
VERIZON NEW YORK, INC,
WESTON SOLUTIONS, INC., WFP TOWER
B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER
B. CO., L.P., WFP TOWER D CO. G.P. CORP ., WFP TOWER D
HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P. CORP.,
AND WFP TOWER D. CO., L.P., ET AL

                     Defendants.

-----------------------------------------------------------------------X

  PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Amended Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

  WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
   September 14, 2007

                   Yours, etc.

                   FRIEDMAN, HARFENIST, LANGER & KRAUT
                   Attorneys for Defendant –Envirotech
                   3000 Marcus Avenue, Suite 2E1
                   Lake Success, New York 11042
                   (516) 775-5800

                BY: _____
                   Heather L. Smar (4622)