Richard S. Mills, Esq. (RM-0206)
John P. Cookson, Esq. (JPC-9391)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490
*Attorneys for Defendant*
*Ambient Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| MIGUEL BARONA,<br><br>                       Plaintiff,<br><br>-against-<br><br>120 BROADWAY CONDOMINIUM (CONDO #871), ET. AL.,<br><br>                       Defendants. | INDEX NO.: 07-CV-01569 (AKH)<br><br>**NOTICE OF APPEARANCE**<br><br>**ELECTRONICALLY FILED** |

COUNSELOR:

      PLEASE TAKE NOTICE that Defendant, AMBIENT GROUP, INC., by its attorneys, McElroy, Deutsch, Mulvaney & Carpenter, LLP, hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below.

Dated: New York, New York
       May 12, 2008

                                              Yours etc.,

                McElroy, Deutsch, Mulvaney & Carpenter, LLP
                *Attorneys for Defendant*
                *Ambient Group, Inc.*

                By:   s/  John P. Cookson
                      Richard S. Mills (RM-0206)
                      John P. Cookson (JPC-9391)
                      Wall Street Plaza
                      88 Pine Street, 24th Floor
                      New York, New York 10005
                      (212) 483.9490

TO:    Worby Groner Edelman & Napoli Bern, LLP
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267.3700

        Gregory J. Cannata, Esq.
        Robert A. Grochow, Esq.
        233 Broadway, 5th Floor
        New York, New York 10279
        (212) 553.9206

        James E. Tyrrell, Jr., Esq.
        Patton Boggs LLP
        One Riverfront Plaza
        Newark, New Jersey 07102
        (973) 848.5600

        Thomas A. Egan, Esq.
        Fleming Zulack Williamson Zauderer, LLP
        One Liberty Plaza
        New York, New York 10006-1404
        (212) 412.9500

## CERTIFICATION OF SERVICE

I hereby certify that on the 12th day of May 2008, I electronically filed the foregoing NOTICE OF APPEARANCE BY DEFENDANT AMBIENT GROUP, INC., with the Clerk of the Court using the CM/ECF System which sends notification to appearing parties.

        McElroy, Deutsch, Mulvaney & Carpenter LLP

        By: __s/ John P. Cookson_____
          Richard S. Mills (RM-0206)
          John P. Cookson (JPC-9391)
          *Attorneys for Defendant*
          *Ambient Group, Inc.*
          Wall Street Plaza
          88 Pine Street, 24th Floor
          New York, New York 10005
          (212) 483-9490