x:\ATS51923\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendant ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------X    21-MC- 102 (AKH)
MIGUEL BARONA AND MARIA SUCUZHANYAY,

                                                            Civil Action No.: 07 CV 1569

                                                            NOTICE OF ADOPTION

                              Plaintiff(s),
      - against -

ALAN KASMAN DBA KASCO, ANN TAYLOR STORES
CORPORATION, ET AL.,

                              Defendant(s).
-----------------------------------------------------------------X

COUNSELORS:

     *PLEASE TAKE NOTICE*, that defendant, ANN TAYLOR STORES

CORPORATION, as and for its response to the allegations set forth in the Complaint by

Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-

referenced action, hereby adopt the ANN TAYLOR STORES CORPORATION's

Answer to Master Complaint dated August 8, 2007, which was filed in the matter of *In

re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: New York, New York
July 8, 2008

_____
ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendant
ANN TAYLOR STORES CORPORATION.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

TO:

WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiff
115 Broadway, 12th Floor
New York, New York 10006
212-267-3700